

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082
www.vandallp.com

**Jack L. Newhouse, Esq.**
jnewhouse@vandallp.com

April 6, 2018

**VIA ECF**
Magistrate Judge Sanket J. Bulsara
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Sunny Henry, et al. v. HBS Services, LLC, et al
              Docket No.: 17-cv-94 (MKB) (SJB)

Dear Judge Bulsara:

      This firm is counsel to the Plaintiffs in the above-referenced action. I write with consent of Defendants to inform the Court that the parties have finalized the terms of the settlement agreement. The parties anticipate having the agreement fully executed by April 13, 2018. Accordingly, the parties respectfully request a one-week extension of time from the original deadline of April 6, 2018, to submit the letter required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), to allow some flexibility of time for our clients to execute the agreement.

      Thank you for your time and attention to this action.

                                                            Respectfully submitted,
                                                                 /s/
                                                           Jack L. Newhouse, Esq.