UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNY HENRY and KENNETH MORALES, individually and on behalf of all other persons similarly situated who were formerly or are presently employed by JOHN TENORIO, individually, and HBS SERVICES, LLC and/or any other affiliated entities<br><br>                                      Plaintiffs,<br><br>- against –<br><br>JOHN TENORIO, individually, and HBS SERVICES, LLC and/or any other affiliated entities,<br><br>                                      Defendants. | Docket No: 17-cv-94 (MKB) (SMG) |

## STIPULATION AND PROPOSED ORDER OF FINAL DISMISSAL WITH PREJUDICE OF ALL CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sunny Henry and Kenneth Morales ("Plaintiffs") and Defendants that the Settlement Agreement and Release in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Settlement Agreement and Release.

VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, NY 10004

By: _____
Jack Newhouse, Esq.
Dated: __4/9__, 2018

By: _____
John Tenorio, Defendant.
Dated: __4/9__, 2018

SO ORDERED on this _____ day of _____, 2018.

/s/ Sanket J. Bulsara, October 16, 2018
Hon. Sanket J. Bulsara
United States Magistrate Judge